IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
    Plaintiff,

v.          DECLARATION
           OF KEVIN TAMAR DAVIS, #0083253

           Civil Action No.: 24-3143-JWL

Jesse Howes, Chief Warden; James Skidmore, DWO;
Dr. Fred Cannon, Regional Dental Dir.,
and; Jeanie Burk, RN, BSN, HSA
individually and in their official capacities,
    Defendant(s).

    Kevin T. Davis, #0083253 declares:

I have been incarcerated at Lansing Correction Facility since, 2021. I'm filing my Complaint et seq., under the Civil Rights Act, 42 U.S.C. § 1983, by E-file to not give this court any reason to claim that am time bared, or; so am invoking the prison mailbox rule in compliance w/ 28 U.S.C. § 1746.

  I deposit with this Facility Official on this __19__ day of __Aug.__, 2024, wherewith E-filing the following pleadings et seq.[2]

  I declare under penalty of perjury that the foregoing is true and correct. Executed at Lansing Correctional Facility on this __19__ day of __Aug.__, 2024.

  Kevin T. Davis, #0083253

---

[2] Plaintiff would respectfully request that this Court receive Ext. 3-9 in color due to such was e-filed in color for better viewing.