IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
        Plaintiff,

                                              SUMMONS

v.                                     Civil Action No.:    24-3143-JWL

**Jesse Howes, Chief Warden; James Skidmore, DWO;**
**Dr. Fred Cannon, Regional Dental Dir.,**
**and; Jeanie Burk, RN, BSN, HSA**
**individually and in their official capacities,**
        **Defendant(s).**

TO THE ABOVE-NAMED DEFENDANTS:

    You are hereby summoned and required to serve upon plaintiff, whose address is Kevin T. Davis, #0083253, LCFC B2-208, P.O. Box 2, Lansing, Ks 66043, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer / agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                                 Clerk of the Court,

DATED:

PROFESSIONAL PROCESS SERVER RULE 4
of THE Fed. R. Civ. P.

Mr. George Williams
Law Stundent
116 Chateau Dr.
Fairview Heights, IL 62208

Please serve on all parties

Date: 7/3/2024

i       Deana Johnson | General Counsel | Centurion LLC
ii      Chad Walker | Att'y for KDOC (LCFC)

Please return ARR recipts Thanks....

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Kevin T. Davis | 0083253 | LCFC | B2-208 | 7/3/24 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To:
_____
Name

$ _____        _____
Check Amount    Address

_____
City, State, Zip

_____
Purpose/Inmate Benefit Fund Group

Title of Publication*
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

$ 5.97
Postage Amount

☐ Postage
☒ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

LB
Verified By

To: Mrs. George Williams
    Law Student
    Name
    116 Chateau Dr.
    Address
    Fairview Heights, IL 62208
    City, State, Zip

Legal Mail   Professional process server Rule 4
Reason       of the Fed. R. Civ. P.
             Servered all party's

Kevin T. Davis #0083253    7/3/24
Inmate Signature           Date

HTS/CWSBkRGW 7-2-24
Unit Team Approval    Date

Handicraft Approval (If Applicable)  Date     Religious Approval (If Applicable)  Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval    Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds                    ___ Payee Missing
___ Signature Missing                     ___ Insufficient Address
___ Exceeds Spending Limit                ___ Amount Missing
___ Incentive Level                       ___ Name/Number – Do Not Match
___ Envelope/Order/Stamp Missing          ___ Illegible Information
___ Unauthorized Per IMPP/KAR _____     ___ Other _____

_____     _____     _____
Account Processor           Date Withdrawn              Acct. Use

1504a