IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
        Plaintiff,

                    ORDER TO SHOW CAUSE FOR AN
                    PRELIMINARY INJUNCTION & A
                    TEMPORARY RESTRAINING ORDER

                    Civil Action No.: 24-3143-JWL
v.

**Jesse Howes, Chief Warden; James Skidmore, DWO;
Dr. Fred Cannon, Regional Dental Dir.,
and; Jeanie Burk, RN, BSN, HSA
individually and in their official capacities,**
        Defendant(s).

        Upon the complaint, the supporting Affidavit of plaintiff, and the Memorandum of law submitted herewith, it is:

        ORDERED that defendants Jesse Howes, James Skidmore, Dr. Fred Cannon, and; Jeanie Burk show cause in room _____ of the United States Courthouse 444 S.E. Quincy, 490 U.S. Courthouse, Topeka, Ks 66683 on the ____ day of _____, 20___, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65 (a) of the federal Rule of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from continuing their profiteering, &c., upon plaintiff Davis wherewith allowing him to carry the $50.00 satchel he purchased in, 2015, through its' FUND RAISING program; **2)** That Jeanie Burk et al., stay within their lane and stop the bias denials of plaintiff Davis needed medical Equipment & Appliance, e.g., shoes / splint et cetera., and; **3)** That Dr. Cannon to stop with his *hire gun* dental opinion, therefore considering any and all inner facility (prisons) dental procedures secondary; while fitting the needs of plaintiff Davis as patient thereby approving of his apico... .

        IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, the defendants Jesse Howes, James Skidmore, Dr. Fred Cannon, and; Jeanie Burk and each of their officers, agents and employees and all other persons acting in concert and participation with them, are restrained from. [1]

        IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by the ____ day of _____, 20___.

Dated:

_____
United States District Judge

---

[1] Plaintiff Davis would reallege and incorporate by reference the same action request hereof his permanent injunction, yet immediately.

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that service of the above and foregoing ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION & A TEMPORARY RESTRAINING ORDER under Civil Rights Act 42 U.S.C. § 1983 by Sui Juris Plaintiff Kevin T. Davis, # 0083253 was E-filed on this __19__ day of __Aug__, 2024, to:

> Clerk, U.S. District Court for the District of Kansas
> 444 S.E. Quincy, Rm 490
> Topeka, Ks 66683
> PH: 785.338.5400
> E-mail: ksd_clerks_topeka@ksd.uscourts.gov

Copies was also served of the above and foregoing ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION & A TEMPORARY RESTRAINING ORDER under Civil Rights Act 42 U.S.C. § 1983 by Sui Juris Plaintiff Kevin T. Davis, # 0083253 was mailed U.S. Postal pre-paid on this __19__ day of __Aug__, 2024, to:

Chad Walker | LCF
KDOC
714 SW Jackson, Ste. 300
Topeka, Ks 66603
Cell: 785.559.0944
PH: 785.296.3317
Email: chad.walker@ks.gov

Deana Johnson
General Counsel | Centurion LLC
21251 Ridge Top Cir., Ste 150
Sterling, VA 20166-6645
PH: 703.749.4600
Email: SWheeler@TeamCenturion.com

CC: Jesse Howes, Chief Warden; James Skidmore, DWO; Dr. Fred Cannon, Regional Dental Dir., and; Jeanie Burk, RN, BSN, HSA

Kevin T. Davis, #0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043