Kevin T. Davis, #0083253
*Sui Juris* Plaintiff
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com

May 17, 2024

Kathryn Webb
Civil Litigator Attorney
7430 E. 26th St. N.
Wichita, Ks 67226

In re: Requesting pro bono representation in a civil action under 1983'
Davis v. Jesse Howes, Chief Warden; James Skidmore, DWO; Dr. Fred Cannon, Regional Dental Dir., and; Jeanie Burk, RN, BSN, HSA individually and in their official capacities,

Greetings Kathryn Webb et al.,

I'm in the process of bringing an action under 1983' on the above individuals employed w/ KDOC (Lansing Correctional Facility & Centurion Health Care Service); and am needing assists because I have demand a trial by jury of any issue triable of right by a jury under Fed. Rule. Civ. Pro. 38(b).

Please contact me at the aforementioned address. Thanks.

Sincerely,

Kevin T. Davis, #0083253
*Sui Juris* Plaintiff
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com

Kevin T. Davis, #0083253
*Sui Juris* Plaintiff
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com

May 17, 2024

Stephen W. Kessler
Legal Service for prisoner, Inc.
2029 S.W. Western
Topeka, Ks 66604

In re: Requesting pro bono representation in a civil action under 1983'
Davis v. Jesse Howes, Chief Warden; James Skidmore, DWO; Dr. Fred Cannon, Regional Dental Dir., and; Jeanie Burk, RN; BSN, HSA individually and in their official capacities, Defendant(s).

Greetings Stephen W. Kessler et al.,

I'm in the process of bringing an action under 1983' on the above individuals employed w/ KDOC (Lansing Correctional Facility & Centurion Health Care Service); and am needing assists because I have demand a trial by jury of any issue triable of right by a jury under Fed. Rule. Civ. Pro. 38(b).

Please contact me at the aforementioned address. Thanks.

Sincerely,

Kevin T. Davis, #0083253
*Sui Juris* Plaintiff
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com