IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
                    Plaintiff,


v.                                          DECLARATION
                                            OF TIELL REYNOLDS, # 104857

                                            Civil Action No.:      24-3143-JWL


Jesse Howes, Chief Warden; James Skidmore, DWO;
Dr. Fred Cannon, Regional Dental Dir.,
and; Jeanie Burk, RN, BSN, HSA
individually and in their official capacities,
                    Defendant(s).


Tiell Reynolds, # 104857 declares:

I have been incarcerated at LCFC Medium Camp since, 2014, and I mate Davis,
#0083253 in, 2015, in that same year LCF had a fundraising at which Davis
purchased a black paper/hard cardboard back legal Satchel at $50.00. Davis
carried this satchel until, 2023, when the Wardens restricted him w/ out any
relation to a legitimate purpose.

Further ever since I have known Davis he wore a splint on his left hand due to
some type of paralysis; likewise Davis became my cellmate in, 2022, and I have
witness Davis complaint about pain thereof his feet.

Moreover I have notice Davis continue to take a major amount of medication due
to pain thereof his upper superior maxillary, maxilla, or upper skull face bone that
continue to swell, &c., I feel sorry for Davis.

I declare under penalty of perjury that the foregoing is true and correct. Executed
at Lansing Correctional Facility on this _22_ day of _May_____, 2024.

_Tiell R_____
Tiell Reynolds, # 104857