IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
        Plaintiff,

v.

DECLARATION
OF DAVID WOOD, # 126487

Civil Action No.:   24-3143-JWL

Jesse Howes, Chief Warden; James Skidmore, DWO;
Dr. Fred Cannon, Regional Dental Dir.,
and; Jeanie Burk, RN, BSN, HSA
individually and in their official capacities,
        Defendant(s).

David Wood, # 1264817 declares:

I have been incarcerated at LCFC Medium Camp since, 2022, and; I mate Davis, #0083253 in that same year. I'm currently housed in B2-208 within the same cell as Davis. When I arrived at LCFC I witness Davis carrying a black paper/hard cardboard back legal Satchel, and now the Warden's has restricted him thereof.

Likewise, I witness Davis left hand swelling and he places numerus of sick call in to get a splint, but he's always denied. Davis has a pair of medical shoes that is in bad shape and when he place a sick call in to get new ones the clinic denies him that of as well.

Further I have witness Davis taking a lot of medication due to swelling inter alia., in his mouth due to pain thereof his upper superior maxillary, maxilla, or upper skull face bone that continue to disintegrate, I appeal to him that, if he continue to take all this medication his Kidney will be damage for life. Davis averred that he "can't describe the pain" and the dentist is "'crazy' for denying approval of his 'apico' surgery"

I declare under penalty of perjury that the foregoing is true and correct. Executed at Lansing Correctional Facility on this 31st day of May, 2024.

*David Wood*

David Wood, # 126487