IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
        Plaintiff,

v.

        DECLARATION
        OF O'DHALSIM WEAKEES SCRUGGS

        Civil Action No.:   24-3143-JWL

Jesse Howes, Chief Warden; James Skidmore, DWO;
Dr. Fred Cannon, Regional Dental Dir.,
and; Jeanie Burk, RN, BSN, HSA
individually and in their official capacities,
        Defendant(s).

O'dhalsim W. Scruggs declares:

I am the Son of Kevin T. Davis, #0083253, and my father have had me to contact many Legal/Medical agencies since, 2023, to compel KDOC et al., to see it too serval of his chronic and or medical condition, e.g., denying him of his splint for his paralysis left hand; medical shoes for pain and swelling in both of his feet while his left foot has contracted athlete's foot that has gotten worse due to cheap issuing state boots, and; apico dental surgery by which his bone tissue continue to disintegrate in his upper superior maxillary, maxilla, or upper skull face bone, that cause him pain he can't explain.

Further I was the one whom sent him the capital, i.e., $50.00 to purchase the black paper/hard cardboard back legal Satchel in, 2015. **See Appx. A (Web Description of Satchel)**. Attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed at 10746 Oak Cl., Oliver Branch, Miss 38654 on this 1st day of June, 2024.

O'dhalsim W. Scruggs

Appx. A

