IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN TAMAR DAVIS,
            Plaintiff,

                              USCS Fed Rules Civ. Proc. R. 38
                              Right to a Jury Trial; Demand

v.                           Civil Action No.:   24-3143-JWL

Jesse Howes, Chief Warden; James Skidmore, DWO;
Dr. Fred Cannon, Regional Dental Dir.,
and; Jeanie Burk, RN, BSN, HSA
individually and in their official capacities,
            Defendant(s).

    Pursuant to USCS Fed Rules Civ. Proc. R 38 plaintiff Davis moves this court for an order in allowing him to proceed with this action under 1983', &c., seeking the Right to a Jury by Demand. In support of this motion, plaintiff Davis states:

i.    That he would respectfully ask that this court to consider his demand for a jury trial on all the issues so triable.

**WHEREFORE**, plaintiff respectfully request that this motion be grant in every respect.

DATE: 8/19/24

Kevin T. Davis, #0083253
*Sui Juris* Plaintiff
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com

## CERTIFICATE OF SERVICE

✗ I undersigned hereby certifies that service of the above and foregoing USCS Fed Rules Civ. Proc. R. 38 Right to a Jury Trial; Demand under Civil Rights Act 42 U.S.C. § 1983 by Sui Juris Plaintiff Kevin T. Davis, # 0083253 was E-filed on this __19__ day of __Aug__, 2024, to:

Clerk, U.S. District Court for the District of Kansas
444 S.E. Quincy, Rm 490
Topeka, Ks 66683
PH: 785.338.5400
E-mail: ksd_clerks_topeka@ksd.uscourts.gov

✗ Copies was also served of the above and foregoing USCS Fed Rules Civ. Proc. R. 38 Right to a Jury Trial; Demand under Civil Rights Act 42 U.S.C. § 1983 by Sui Juris Plaintiff Kevin T. Davis, # 0083253 was mailed U.S. Postal pre-paid on this __19__ day of __Aug__, 2024, to:

Chad Walker | LCF
KDOC
714 SW Jackson, Ste. 300
Topeka, Ks 66603
Cell: 785.559.0944
PH: 785.296.3317
Email: chad.walker@ks.gov

Deana Johnson
General Counsel | Centurion LLC
21251 Ridge Top Cir., Ste. 150
Sterling, VA 20166-6645
PH: 703.749.4600
Email: SWheeler@TeamCenturion.com

CC: Jesse Howes, Chief Warden; James Skidmore, DWO; Dr. Fred Cannon, Regional Dental Dir., and; Jeanie Burk, RN, BSN, HSA

Kevin T. Davis, #0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043