Kevin T. Davis, #0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**KEVIN TAMAR DAVIS,**
        **Plaintiff,**

v.                                              **PLAINTIFF'S-REQUEST LEAVE OF THE U.S.
                                                DISTRICT COURT AS PREVIOUS ORDER FOR
                                                KDOC TO PROVIDE AFFIDAVITS FROM <u>ALL</u>
                                                WITNESSES AND NOT IN PART OF WHOM HAD
                                                KNOWLEDGE OF THE FACTS IN THE CASE AT
                                                BAR ON 1983'**

                                                  Civil Action No.: 5:24-cv-03143-JWL

**Jesse Howes, Chief Warden et al,**
        **Defendant(s).**

NOW COMES, Plaintiff Kevin Tamar Davis, # 0083253 in response to defendant's report pursuant to "MARTINEZ" filed w/this U.S. Court November 27, 2024, and do hereby REQUEST LEAVE OF THE U.S. DISTRICT COURT AS PREVIOUS ORDER FOR KDOC TO PROVIDE AFFIDAVITS FROM ALL WITNESSES AND NOT IN PART OF WHOM HAD KNOWLEDGE OF THE FACTS IN THE CASE AT BAR ON 1983'. Plaintiff would state, and; aver:

i      Plaintiff brought a pro se Civil Rights case under 42 U.S.C § 1983.

ii     <u>Per</u> U.S. District Court's Memorandum and Order on September 27, 2024, it was made clear that KDOC was to have submitted a Martinez Report whereby authorizing KDOC officials to interview **all** witnesses having knowledge of the fact, including Plaintiff.[1]

iii    Statements of all witnesses was to have been in **Affidavit** form.

---

[1] Plaintiff was never interviewed by KDOC et al., if it make any difference.

iv.     On November 3, 2024, Plaintiff was hand delivered a 9x12 legal package that included defendant's **"Martinez"** report et seq., through and by Unit Counsel Mrs. Wilson, CCII.

v.     Thereinafter briefing it material et seq., plaintiff discovered that KDOC **purposely** excluded and or withheld **four (4)** relevant affidavits therefrom its' report, i.e., **1)** Dr. Sterling Card, Oral & Maxillofacial surgeon, **2)** Dr. Kalma-APRN, **3)** Angela Sutton- LCFC Centurion new HSA, and **4)** Mrs. Racheal-Dental Aid.

vi     Dr. Sterling Card should have been consider a fact-finder being that he was the initial Dental Oral Surgeon evaluator; Dr. Kalma the same for she was the evaluator that approved said plaintiff's medical splint & shoes; Mrs. A. Sutton was the **new** HSA whom came in after Mrs. Burk got fired, and approved said plaintiff's Medical Equipment/Appliance w/out bias, and; last Mrs. Racheal whom at all-time worked there in the clinic as the dental Aid whom schedule appointments, &c., for all prisoner (Davis).

vii     Plaintiff is very aware that this is not a criminal case; yet Victoria Toothaker, Legal Counsel for KDOC preparation of the "MARTINEZ" report seem to allow involved party's **to give credibility to another witness** in violation of *State v. Elnicki*, 279 Kan. 47 at 53 (February 18, 2005), e.g., party's in the case at bar on 1983' in conjunction w/defendant's "MARTINEZ" report have express an opinion on the credibility of another witness therein its' Affidavit and or Declaration.

**WHEREFORE** Plaintiff would respectfully request that his request be granted without further delay; because this U.S. District Court cannot resolve material disputed factual issues by accepting the report's factual findings when they are in conflict with omitted pleadings or affidavits.

## OBJECTION

Plaintiff would object to any and all denials of said request; and if denied, Movant would preserve any appeal/w the 10th Circuit if need be.

Respectfully submitted,

Kevin T. Davis, # 0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that service of the above and foregoing PLAINTIFF'S-MOTION TO REQUEST LEAVE…. was E-filed on this 4th day of December, 2024, to:

Clerk, U.S. District Court for the District of Kansas
444 S.E. Quincy, Rm 490
Topeka, Ks 66683
PH: 785.338.5400
E-mail: ksd_clerks_topeka@ksd.uscourts.gov

Copies was also served of the above and foregoing PLAINTIFF'S-MOTION TO REQUEST LEAVE….. was mailed U.S. Postal pre-paid on this 5th day of December, 2024, to:

Victoria L. Toothaker | Att'y
KDOC
714 SW Jackson, Ste. 300
Topeka, Ks 66603
PH: 785.670.0019
Email: Victoria.Toothaker@ks.gov

Deana Johnson, General Counsel | Centurion LLC
21251 Ridge Top Cir. Ste. 150
Sterling, VA 20166-6645
PH: 703.749.4600
Email: DJohnson@TeamCenturion.com

CC: Jesse Howes, Chief Warden; Dr. Fred Cannon, Regional Dental Dir., and; Jeanie Burk, RN, BSN, HSA

Kevin T. Davis, #0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com
