MEMO TO U.S. DISTRICT COURT REGARDING COURT FILE EXHIBIT 2 TO THE MARTINEZ REPORT

**TO:** Clerk of the U.S. District Court for Kansas
**FROM:** Kevin Tamar Davis, #0083253, Plaintiff, Sui Juris
**COPY:** Victoria L. Toothaker, KS No. 29010 at intrafacility mail LCFC (KDOC)
**SUBJECT:** Davis v. Jesse Howes, et al., Case No.: 24-3143-JWL

**MESSAGE:** On or about the 26st or 28th day of Feburary, 2025, several prisoners throughout LCFC came into E2 cellhouse were I, Davis live, and all showed I, Davis what should now be looked upon as a breach of medicial info wherewith a violation of "h.i.p.p.i , e.g.,

KDOC had posted it Exhibit 2 to the Martinez report on all imates Kiosk, and it was stated to I, Davis that it had been on prisoners Kiosk since Janurary, 2025.

I, Davis had Unit Team counsel to contact Att'y V.L. Toothaker to investigate this deliberate h.i.p.p.i violation; although Attorney V.L. Toothaker is not the party whom done this breach she had it took off any and all prisoner whom kiosk show I, Davis SSN, &c., doesn't matter becuase I, Davis medicial infomation alone w/ personal info has been lecked.

This Exthibit 2 was to have been placed under seal, and protected from public disclosure, yet plaintiff's privacy has been breached. All KDOC employess are truly dimwit. This agency just don't know when to STOP.... ., and beside the point the Exhibit 2 never has been viewed by I, Davis to this very day of our LORD. OMG... .

### CERTIFICATE OF SERVICE

I, Kevin T. Davis, #0083253 , Sui Juris Plaintiff hereby certify that I filed the original of the above and foregoing MEMO (....) w/ the U.S. District Clerk of Kansas by Efile and that I served a true correct copy of the above and foregoing intrafacility mail on this __3rd__ day of March, 2025 to:

Victoria L. Toothaker, KS No. 29010
Legal Counsel | LCFC (KDOC)
P.O. Box 2
Lansing, Ks 66043

s/s/Kevin T. Davis, #0083253, plaintiff